L. A. FELDMAN, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others.—

No opinion. Johnston, Adel, Taylor and Close, JJ., concur; Hagarty, J., not voting.